# Court of Appeals, State of Michigan

## ORDER

Timothy Copacia v Martin Ginzinger

Docket No. 323924

LC No. 2014-138581-CK

Amy Ronayne Krause
Presiding Judge

David H. Sawyer

Cynthia Diane Stephens
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued April 19, 2016, is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 20 2016
_____
Date

_____
Chief Clerk